**FG HEMISPHERE ASSOCIATES LLC, Plaintiff–Appellee**

v.

**The REPUBLIQUE DU CONGO, Defendant.**

**CMS Nomeco Congo Inc.; The Nuevo Congo Company; Nuevo Congo Ltd., Garnishees–Appellants.**

Nos. 05–20902, 06–20032.

United States Court of Appeals, Fifth Circuit.

Jan. 5, 2007.

Dillon James Ferguson, Andrews & Kurth, Andrew L. Jefferson, Jr., Jefferson & Mims, Houston, TX, Bradford A. Berenson, Sidley Austin, Washington, DC, Robert Nathan Hochman, Kristen R. Seeger, Sidley Austin, Chicago, IL, for Plaintiff–Appellee.

Eleanor Herbert Hodges, Thompson & Knight, Guy Stanford Lipe, Vinson & Elkins, Houston, TX, Andrew B. Derman, Thompson & Knight, Dallas, TX, for Garnishees–Appellants.

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that Appellee's motion for summary reversal is GRANTED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

IT IS FURTHER ORDERED that Appellee's motion to remand case to the U.S. District Court with directions to vacate the injunction that is the subject of the appeal is GRANTED.

IT IS FURTHER ORDERED that the Appellants' motion to vacate injunction on the merits and vacate injunction orders on the merits is DENIED.

IT IS FURTHER ORDERED that Appellants' motion for costs against Appellee is DENIED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.